942

No. 413, Misc.  GLENN *v.* MISSOURI.  Supreme Court of Missouri.  Certiorari denied.

No. 437, Misc.  WILLIAMS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 469, Misc.  FLOWERS *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 23.  UNITED GAS PIPE LINE CO. *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL.;

No. 25.  FEDERAL POWER COMMISSION *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL.; and

No. 26.  TEXAS GAS TRANSMISSION CORP. ET AL. *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL., *ante*, p. 103.  Rehearing denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 351.  BROWN PAPER MILL CO., INC., *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 906; and

No. 289, Misc.  IN RE STAFFORD, *ante*, p. 913.  Petitions for rehearing denied.  MR. JUSTICE FRANKFURTER took no part in the consideration or decision of these applications.

No. 461.  FISHER ET AL. *v.* PRINTING DEVELOPMENTS, INC., *ante*, p. 908.  Petition for rehearing and for other relief denied.  MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.